IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALONZO BALTHROPE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 10-2251** |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA,** | : | |
| **TRANSPORTATION AUTHORITY (SEPTA),** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 29th day of August, 2011, upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's Motion to Compel Enforcement of Settlement (Document No. 19, filed June 10, 2011), and Plaintiff's Response to the Motion (Document No. 20, filed June 29, 2011), after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated August 11, 2011 (Document No. 25), the said Chief Magistrate Judge having conducted an Evidentiary Hearing on August 11, 2011, and recommended that the Motion to Compel Enforcement of Settlement Agreement be granted, and that plaintiff be ordered to execute the General Release and Settlement Agreement, and Letter of Resignation/Agreement Not to Return to Work, and no objections to the Report and Recommendation having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated August 11, 2011, is **APPROVED** and **ADOPTED**;

2. Defendant Southeastern Pennsylvania Transportation Authority's Motion to Compel Enforcement of Settlement is **GRANTED**; and,

3. Plaintiff shall **EXECUTE** the General Release and Settlement Agreement, and the Letter of Resignation\Agreement Not to Return to Work, attached to defendant's Motion to

Compel, and **RETURN** the completely executed Agreements to defense counsel within ten (10) days of the date of this Order.

                                    **BY THE COURT:**

                                    **/s/ Jan E. DuBois**

                                    **JAN E. DUBOIS, J.**